MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CARL DWAYNE SIMMONS [dob 8/29/71] CDC#E-96088<br>Wasco State Prison - Reception Center<br>701 Scofield Avenue<br>P.O. Box 8800<br>Wasco, CA 93280-8800<br>ATTORNEY FOR (Name): IAB# 0727868   ADA.CIP. | (661) 758-8900 | ENTERED NOV 5 1999<br><br>FILED<br>NUNC PRO TUNC 2008 AUG 22 AM 11:03<br>AUG 20 2008<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: Fed. Office Bldg.
MAILING ADDRESS: 880 Front St., Ste. 4290
CITY AND ZIP CODE: San Diego CA 92101-8900
BRANCH NAME: "(R)" In Propria Persona

PLAINTIFF/PETITIONER: CARL D. SIMMONS, CDCR # E-96088,

DEFENDANT/RESPONDENT: PEOPLE OF THE STATE OF CALIFORNIA,

**DECLARATION**

CASE NUMBER: 08-1308 IEG (BLM)



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/18/2008

CARL D. SIMMONS, CDCR #E-96088,
(TYPE OR PRINT NAME)

▶ ⊗ Mr. Carl D. S____ Jr. n.a.
(SIGNATURE OF DECLARANT)

☐ Petitioner/Plaintiff   ☐ Respondent/Defendant   ☐ Attorney
☒ Other (specify): D052478 [271 Cal. Rptr. 893].

(See reverse for a form to be used when this declaration will be attached to another court form before filing)

Form Approved by the
Judicial Council of California
MC-030 [New January 1, 1987]
Optional Form

**DECLARATION**

WEST GROUP

PLAINTIFF/PETITIONER: CARL D. SIMMONS, CDCR #E-96088,

CASE NUMBER: 08-1308 IEG (BLM)

DEFENDANT/RESPONDENT: PEOPLE OF THE STATE OF CALIFORNIA,

*This form must be attached to another form or court paper before it can be filed in court.*



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/18/2008

CARL D. SIMMONS, CDCR #E-96088,
(TYPE OR PRINT NAME)

▶ ⊗ /s/ Carl D. Simmons n.a.
(SIGNATURE OF DECLARANT)

☐ Petitioner/Plaintiff  ☐ Respondent/Defendant  ☐ Attorney
☒ Other (Specify): D052978 [271 Cal. Rptr. 893].

(See reverse for a form to be used if this declaration is not to be attached to another court paper before filing)

Form Approved by the
Judicial Council of California
MC-031 [New January 1, 1987]
Optional Form

**ATTACHED DECLARATION**

WEST GROUP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. CARL D. SIMMONS, IN PRO. PER. E96088 PRISONER/PLAINTIFF, | CASE NUMBER "special agents" "CLASS ACTION." |
| GOVERNOR, GRAY DAVIS, STATE OF CALIFORNIA, ET. AL. DEFENDANT(S). | DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |

I, __CARL D. SIMMONS__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?   ☐Yes   ☒No

   a.  If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b.  State the place of your incarceration __SALINAS VALLEY STATE PRISON__

   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, <u>within the past twelve months</u>, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☐Yes ☒No
   e. Any other income (other than listed above)?        ☒Yes ☐No
   f. Loans?                                             ☒Yes ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months:

   __FAMILY AND FRIENDS, EST $2,000__

(CONTINUED ON REVERSED SIDE)

CV-60P (11/96)   DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

☐ Yes ☒ No

If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the <u>six (6) months prior</u> to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

If the answer is yes, describe the property and state it approximate value: _____

5. In what year did you last file an Income Tax Return? __93'__
Approximately how much income did your last tax return reflect? __$2,500__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
__N/A__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years (18 U.S.C. Sections 1621, 3571).

State of __CALIFORNIA__
County (or City) of: __MONTEREY__
I, __CARL D. SIMMONS__, declare under penalty of perjury that the foregoing is true and correct.
Date: __6/28/00__

_____Carl D. Simmons_____
Prisoner-Plaintiff (Signature)

### PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of thes fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____Carl D. Simmons_____
Prisoner-Plaintiff (Signature)

### CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __238.32__ ~~103.00~~ on account at the __Salinas Valley State Prison__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __169.91__
I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __66.67__

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

Dated: __6-29-00__     _____Karen W. Deeh_____
Authorized Officer of Institution (Signature)

CV-60P (11/95)   DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant: **CARL D. SIMMONS,**
(NAME OF INMATE)

**CDCR.# E-96088**
(INMATE'S CDC NUMBER)

has the sum of $ **0** on account to his/her credit at

**Calipatria State Prison**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **N/A**

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ **50.36**

and the *average monthly deposits* to the applicant's account was $ **50.00**

**14 AUG 2008**
DATE

*Sandylee C. Scrivens*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**Sandylee C. Scrivens**
OFFICER'S FULL NAME (PRINTED)

**A/C II**
OFFICER'S TITLE/RANK

45        FEDERAL RULES OF APPELLATE PROCEDURE        Form 4

## Form 4. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the <u>SOUTHERN</u> District of <u>CALIFORNIA</u>

A.B., Plaintiff

v.                                                Case No. <u>08 - 1308 IEG (BLM)</u>

C.D., Defendant

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: <u>Mr. Carlile S— Jenis</u>

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: <u>8/07/08</u>

My issues on appeal are: (1) False evidence that is substantially material or probative on the issue of guilt or punishment was introduced against a person at any hearing or trial relating to his incarceration; or

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $"none," | $"NA." | $"none," | $"NA." |
| Self-employment | $"none," | $"NA." | $"none," | $"NA." |
| Income from real property (such as rental income) | $"none," | $"NA." | $"none," | $"NA." |
| Interest and dividends | $"none," | $"NA." | $"none," | $"NA." |
| Gifts | $"none," | $"NA." | $"none," | $"NA." |
| Alimony | $"none," | $"NA." | $"none," | $"NA." |
| Child support | $"none," | $"NA." | $"none," | $"NA." |
| Retirement (such as social security, pensions, annuities, insurance) | $"none," | $"NA." | $"none," | $"NA." |
| Disability (such as social security, insurance payments) | $"none," | $"NA." | $"none," | $"NA." |
| Unemployment payments | $"none," | $"NA." | $"none," | $"NA." |
| Public-assistance (such as welfare) | $"none," | $"NA." | $"none," | $"NA." |
| Other (specify): _____ | $"none," | $"NA." | $"none," | $"NA." |
| Total monthly income: | $"none," | $"NA." | $"none," | $"NA." |


ORIGINAL

47   FEDERAL RULES OF APPELLATE PROCEDURE   Form 4

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| "NA" | | |
| "NA" | | |
| "NA" | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? ☐Yes ☒No | | |
| Is property insurance included? ☐Yes ☒No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 5.00 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: "NA" | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): "NA" | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): "NA" | $ 0 | $ 0 |
| Department store (name): "NA" | $ 0 | $ 0 |
| Other: "NA" | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): "NA" | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 5.00 | $ 0 |



```
REPORT ID: TS3030  .701                          CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 08/14/08
                                                     CALIPATRIA STATE PRISON                       PAGE NO:           1
                                                  INMATE TRUST ACCOUNTING SYSTEM
                                                  INMATE TRUST ACCOUNT STATEMENT

                                          FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 14, 2008

ACCOUNT NUMBER  : E96088                                                BED/CELL NUMBER: FB05000000000246L
ACCOUNT NAME    : SIMMONS, CARL DEWAYNE                                 ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                                              TRUST ACCOUNT ACTIVITY

 DATE   TRAN
        CODE   DESCRIPTION         COMMENT          CHECK NUM     DEPOSITS    WITHDRAWALS      BALANCE
 -----  -----  -----------------   -------------    ---------    ----------   -----------    ----------
02/01/2008     BEGINNING BALANCE                                                                  0.00
02/22  D300   CASH DEPOSIT        MR/ 704798                       100.00                       100.00
02/26  W503   DAMAGES OF ST       SHEET 4912                                      6.88           93.12
03/06  W536   COPAY CHARGE        03/06 5119                                      5.00           88.12
03/10  W408   DONATION-RECR       BBQ  5185                                      20.00           68.12
03/10  FC02   DRAW-FAC 2          B-5  5199                                      68.12            0.00
05/05  D300   CASH DEPOSIT        MR/ 706534                       100.00                       100.00
05/08  W516   LEGAL COPY CH       4/8  6664                                       2.84           97.16
05/13  W452   DONATION-STRA       PIZZA 6745                                     13.00           84.16
05/15  W512   LEGAL POSTAGE       04-13/6843                                      2.67           81.49
05/23  FC02   DRAW-FAC 2          B-5  7037                                      76.49            5.00
05/27  W861   REVERSE LEGAL       ERROR 7103                                      2.84-           7.84
05/27  W512   LEGAL POSTAGE       4/8  7104                                       2.84            5.00
05/28  W536   COPAY CHARGE        05/01 7132                                      5.00            0.00
06/02  FR01   CANTEEN RETUR       707149                                         76.49-          76.49
06/24  FC02   DRAW-FAC 2          B-5/707588                                     76.49            0.00
08/06  D300   CASH DEPOSIT        MR/ 800703                       100.00                       100.00

                                              TRUST ACCOUNT SUMMARY

 BEGINNING          TOTAL           TOTAL          CURRENT        HOLDS       TRANSACTIONS
  BALANCE         DEPOSITS       WITHDRAWALS       BALANCE       BALANCE      TO BE POSTED
 ----------      ----------      -----------     ----------    ----------    ------------
     0.00           300.00          200.00          100.00          0.00           0.00

                                                                     CURRENT
                                                                    AVAILABLE
                                                                     BALANCE
                                                                   ----------
                                                                      100.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
   TRUST OFFICE

PLEADING
(Rule 982.1)