## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG 27 PM 4:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Gonzalez

FROM: __R. Mullin,__    Deputy Clerk    RECEIVED DATE __8/26/2008__

CASE NO.: __08cv1308 IEG (BLM)__    DOCUMENT FILED BY: __Plaintiff__

CASE TITLE: __Simmons v. People of the State of California__

DOCUMENT ENTITLED: __Request for Statement of Witnesses and Evidence__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Improper form.** |

Date forwarded: __8/27/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _Chief Judge Gonzalez_

Dated: __5/27/08__    By: _Kim, PSLC_

cc: All Parties

*DO NOT FILE WITH THE COURT*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:
CARL DWAYNE SIMMONS [dob 8/24/71] CDC # E-96088
Wasco State Prison - Reception Center
701 Scofield Avenue
P.O. Box 8800
Wasco, CA 93280-8800
ATTORNEY FOR *(Name)*: 128 # 0347368 ADA, CEP.

TELEPHONE NO.: (661) 758-8900

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: Fed. Office Bldg.
MAILING ADDRESS: 880 Front St., Ste 4290
CITY AND ZIP CODE: San Diego CA 92101-8900
BRANCH NAME: "(R)" In Propria Persona

**REJECTED**

PLAINTIFF: CARL D. SIMMONS, CDCR # E-96088,

DEFENDANT: PEOPLE OF THE STATE OF CALIFORNIA,

| REQUEST FOR STATEMENT OF WITNESSES AND EVIDENCE | CASE NUMBER: 08-1308 IEG (BLM) |
|---|---|

Requesting Party *(name)*: Carl Simmons,

Responding Party *(name)*: Davis,

Under Code of Civil Procedure section 96, you are requested to serve on the undersigned, within 20 days, a statement of: 08-1127 W [POR]

1.  The names and street addresses of witnesses you intend to call at trial (except for any individual who is a party to this action).

2.  A description of each document that you intend to offer at trial. Attach a copy of each document available to you.

3.  A description of each photograph and other physical evidence you intend to offer at trial.

Witnesses and evidence that will be used only for impeachment need not be included.

***YOU WILL NOT BE PERMITTED TO CALL ANY WITNESS OR INTRODUCE ANY EVIDENCE NOT INCLUDED IN YOUR RESPONSE TO THIS REQUEST, EXCEPT AS OTHERWISE PROVIDED BY LAW.***

Date: 8/24/08

CARL D. SIMMONS, CDCR # E-96088,
(TYPED OR PRINTED NAME)

▶ @ Mr. Carl D. S— Jr. n.a.
(SIGNATURE OF PARTY OR ATTORNEY)

Form Adopted by Rule 982
Judicial Council of California
982(e)(22) [New July 1, 1983]
Mandatory Form

**REQUEST FOR STATEMENT OF WITNESSES AND EVIDENCE**

WEST GROUP    CCP 96