UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG 27 PM 4:17
Gonzalez
SOUTHERN DISTRICT OF CALIFORNIA
RM DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Gonzalez
FROM: R. Mullin, Deputy Clerk       RECEIVED DATE: 8/26/2008
CASE NO.: 08cv1308 IEG (BLM)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Simmons v. People of the State of California
DOCUMENT ENTITLED: Declaration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | **Supplemental documents require court order** |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Duplicative of Decl. in Supp. of IFP already on file. Ct to issue order in due course. |

Date forwarded: 8/27/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Gonzalez

Dated: 8/27/08       By: KMB, PSLC
cc: All Parties

| | MC-030 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>CARL DWAYNE SIMMONS [dob 8/24/71] CDC #E-96088<br>Wasco State Prison - Reception Center<br>701 Scofield Avenue<br>P.O. Box 8800<br>Wasco, CA 93280-8800<br>TELEPHONE NO.: (661) 758-8400   FAX NO. (Optional): (415) 356-5126<br>E-MAIL ADDRESS (Optional): region20@nlrb.gov<br>ATTORNEY FOR (Name): IAB # 0727368 ADA. CIP.| **ENTERED** FEB 2 0 2001<br><br>**REJECTED** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Imperial<br>STREET ADDRESS: Fed. Office Bldg.<br>MAILING ADDRESS: 880 Front St., Ste. 4290<br>CITY AND ZIP CODE: San Diego CA 92101-8900<br>BRANCH NAME: 6(B) In Propria Persona | |
| PLAINTIFF/PETITIONER: CARL D. SIMMONS, CDCR#E-96088,<br>DEFENDANT/RESPONDENT: PEOPLE OF THE STATE OF CALIFORNIA, | |
| **DECLARATION** | CASE NUMBER:<br>08-1308 IEG (BLM) |



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/24/2008

CARL D. SIMMONS, CDCR#E-96088,   ⊗ /s/ Carl D. Simmons n.g.
(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): D052978 [271 Cal.Rptr. 893].

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com